UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60804-CIV-JORDAN/BROWN

SECURITIES AND EXCHANGE COMMISSION, )
)
          Plaintiff, )
)
v. )
)
HELVETIA PHARMACEUTICALS, INC., et al., )
)
          Defendants. )
_____)

**NIGHT BOX FILED**

AUG 31 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## PLAINTIFF'S NOTICE OF FILING ORIGINAL RETURN OF SERVICE

Plaintiff Securities and Exchange Commission, pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, hereby gives notice that it has filed with the Clerk of the Court the original Affidavit of Service reflecting service of the summons and complaint upon Defendant Richard A. Anders.

Dated: August 31, 2004

Respectfully submitted,

Scott A. Masel
Senior Trial Counsel
Florida Bar No. 0007110
Direct Dial: (305) 982-6398
e-mail: masels@sec.gov

Elisha L. Anagnostis
Staff Attorney
Florida Bar No. 0049689
Direct Dial: (305) 982-6392
anagnostise@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on the following persons this __31st__ day of August 2004:

David Oscar Markus, Esq.
Hirsch & Markus, LLP
Suite 1200, Datran II
9130 S. Dadeland Blvd.
Miami, FL 33156
*Counsel for Defendant Bachynsky*

Richard A. Anders
Inmate Reg. No. 44503-019
Miami Federal Detention Center
33 NE 4th Street
Miami, FL 33132
*Defendant*

Laurence Dean
Inmate Reg. No. 63693-004
Miami Federal Detention Center
33 NE 4th Street
Miami, FL 33132
*Defendant*

Helvetia Pharmaceuticals, Inc.
c/o Laurence Dean, CFO
Inmate Reg. No. 63693-004
Miami Federal Detention Center
33 NE 4th Street
Miami, FL 33132
*Defendant*

Arthur Scheinert
4729 Jefferson Street
Hollywood, FL 33021
*Defendant*

_____
Scott A. Masel

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 04-60804 CIV-JORDAN

Plaintiff:
**SECURITIES AND EXCHANGE COMMISSION,**

vs.

Defendant:
**HELVETIA PHARMACEUTICALS INC, RICHARD A ANDERS, NICHOLAS BACHYNSKY, ARTHUR SCHEINERT AND LAURENCE DEAN,**

For:
Scott Masel
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue
Suite 1800
Miami, FL 33131

Received by Gissen & Zawyer Process Service, Inc. to be served on **RICHARD A ANDERS, INMATE REG NO 44503-019, MIAMI FDC, 33 NE 4TH STREET, MIAMI, FL 33132**.

I, Seth Gissen #837, being duly sworn, depose and say that on the **25th day of August, 2004** at **9:55 am**, I:

**Individually Served** the within named person with a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour endorsed thereon by me, pursuant to state statutes.

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 27th day of August, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

**Seth Gissen #837**
Process Server

**Gissen & Zawyer Process Service, Inc.**
3550 Biscayne Blvd
Suite 205
Miami, FL 33137
(305) 375-0033
Our Job Serial Number: 2004009761


MICHELLE MARTINEZ
MY COMMISSION #DD223465
EXPIRES JUN 16 2007
Bonded through Advantage Notary

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f