UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-60804-CIV-JORDAN

SECURITIES & EXCHANGE COMMISSION,
     Plaintiff,

vs.

HELVETIA PHARMACEUTICALS, INC.
RICHARD A. ANDERS,
NICHOLAS BACHYNSKY,
ARTHUR SCHEINERT, and
LAURENCE DEAN,

     Defendants



FILED by _____ D.C.

OCT 05 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

---

### DEFENDANT'S CONDITIONAL ANSWER & REQUEST FOR JURY TRIAL

In the interest of prudence and given the absence of acceptance by the Volunteer

Lawyer's Project to date; the Defendant, Richard A. Anders, denies all allegations

of the plaintiff. Furthermore, the defendant wishes to exercise his rights under

the 7th Amendment to the Constitution and Rule 38 of the Federal Rules of Civil

Procedure to request a trial by jury for all relevant matters in this case.

X _____
Richard Anders, Pro Se
# 44503-019
FCI Fort Worth, Dallas Unit
P.O. Box 15330
Fort Worth, Texas 76119-0330


### CERTIFICATE OF SERVICE

Due to my indigent status, I request that the Clerk of the Court serve notice
to all interested parties in this matter.

X _____
Richard Anders, Pro Se
# 44503-019
FCI Fort Worth, Dallas Unit
P.O. Box 15330
Fort Worth, Texas 76119-0330