UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-60804-CIV-JORDAN

SECURITIES & EXCHANGE )
COMMISSION, )
    )
        Plaintiff, )
    )
vs. )
    )
HELVETIA PHARMACEUTICALS, INC., )
RICHARD A. ANDERS, NICHOLAS )
BACHYNSKY, ARTHUR SCHEINERT, )
and LAURENCE DEAN, )
    )
        Defendant )
_____ )

FILED by _____ D.C.
JAN 1 1 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

OBJECTION TO TRIAL & DISPOSITION BY MAGISTRATE

In light of the request for the recusal of the district court judge in this matter, the undersigned objects to the appointment of a magistrate for trial and disposition of this matter.

X _____
RICHARD A. ANDERS, Pro Se

CERTIFICATE OF SERVICE

Due to his indigent status, the pro se defendant requests that the Clerk of the Court serve all interested parties in this matter.

X _____  1-6-10
RICHARD A. ANDERS, Pro Se
# 44503-019
Federal Correctional Institution,
 Dallas Unit
P.O. Box 15330
Fort Worth, Texas 76119-0330